UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GARDEN CITY BOXING CLUB, INC.,

          Plaintiff,

-against-

704 NOSTRAND CORP. d/b/a SABEB
INTERNATIONAL SPORTS LOUNGE, and
GREGORIO R. MITCHELL,

          Defendants.

------------------------------------------------------------x

NOT FOR PUBLICATION
ORDER

06-CV-4875 (CBA) (RER)

AMON, UNITED STATES DISTRICT JUDGE:

Before this Court is a motion for default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. On January 3, 2007, the Clerk of the Court entered a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Court referred the matter to Magistrate Judge Pollak to hold an inquest on damages on January 8, 2007. On February 5, 2007, Magistrate Judge Reyes recommended that plaintiff be awarded statutory damages of $3,000, plus $350.00 in costs, for a total of $3,350. No objections have been filed. Accordingly, the Court adopts the Report and Recommendation and directs the Clerk of the Court to enter judgment in the amounts set forth above and close this case.

          SO ORDERED.

Dated:      Brooklyn, New York
            February 23, 2007

                                      Carol Bagley Amon
                                      United States District Judge